

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION

Cause number:     01-11-00292-CV

Style:     Christus Health Gulf Coast (as an entity, d/b/a Christus St. Catherine Hospital, and formerly d/b/a Christus St. Joseph Hospital)

**v.** Linda G. Carswell

Date motion filed*:     March 3, 2014

Type of motion:     Motion for Sanctions

Party filing motion:     Appellee

Document to be filed:

If motion to extend time:

     Deadline to file document:

     Number of previous extensions granted:

     Length of extension sought:

Ordered that motion is:

☐     Granted
     If document is to be filed, document due:

     ☐ The Clerk is instructed to file the document as of the date of this order

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/ Evelyn V. Keyes
     ☐ Acting individually     ☒ Acting for the Court

Panel consists of Justices Keyes, Higley, and Brown

Date:  April 1, 2014